

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | § | |
|---|---|---|
| Texas Commission on Environmental Quality and The City of Dripping Springs, | § | No. 08-20-00239-CV |
| | § | Appeal from the |
| Appellants, | | |
| | § | 345th District Court |
| v. | § | of Travis County, Texas |
| Save Our Springs Alliance, Inc., | | |
| | § | (TC# D-1-GN-19-003030) |
| Appellee. | | |
| | § | |

**O R D E R**

Amicus Ingleside on the Bay Coastal Watch Association and Hillcrest Resident Association's motion to participate in oral argument is granted. Amicus and Appellee Save Our Springs Alliance are to advise the Clerk of the Court within ten days of the date of oral argument as to how Appellee's time is to be split between counsel. No extra time is allotted because of Amicus's participation. Further, Amicus's counsel is required to participate in the pre-argument conference with the Clerk to check for video and audio compatibility with the Court's Zoom program.

IT IS SO ORDERED this 20th day of September, 2021.

PER CURIAM

Before Rodriguez, C.J., Palafox and Alley, JJ.